## Order

PER CURIAM:

Brent Maybin appeals the Circuit Court of Jackson County's ("motion court") denial, after an evidentiary hearing, of his motion for post-conviction relief pursuant to Rule 29.15. Maybin's motion alleges that his trial counsel was ineffective in advising him not to testify at trial. We affirm the judgment of the motion court. Rule 84.16(b).

Before Division Three: CYNTHIA L. MARTIN, Presiding Judge, JAMES E. WELSH, Judge and GARY D. WITT, Judge.

## ORDER

PER CURIAM:

Demetrius Harbour appeals his conviction by a jury of second degree murder, section 565.021. For reasons explained in a memorandum provided to the parties, we find no error and affirm the judgment of conviction. Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**Demetrius R. HARBOUR, Appellant.**

No. WD 72303.

Missouri Court of Appeals,
Western District.

April 5, 2011.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 3, 2011.

Application for Transfer Denied
June 28, 2011.

John M. Simpson, Kansas City, MO, for appellant.

Shaun J. Mackelprang and Jamie P. Rasmussen, Jefferson City, MO, for respondent.

**Lawrence GOLDBLATT, Appellant**

v.

**Randall MILTENBERGER,
et ux., Respondents.**

No. WD 73192.

Missouri Court of Appeals,
Western District.

April 5, 2011.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 3, 2011.

Lawrence Goldblatt, Kansas City, MO, Acting pro se.

Doug Leyshock, Joanna Trachtenberg, Jefferson City, MO, for Respondents.

Before MARK D. PFEIFFER, P.J., THOMAS H. NEWTON, and ALOK AHUJA, JJ.